AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 15 2008
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR-04-0204-WFN |
| JEROME WILLIAMS ) | USM No: 11047-085 |
| ) | |
| Date of Previous Judgment: 05/16/2005 ) | Tracy Staab |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __70__ months **is reduced to** __64__.

Except as provided above, all provisions of the judgment dated __05/16/2005__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 4/15/2008

Judge's signature

Effective Date: 4/15/2008
(if different from order date)

The Honorable Wm. Fremming Nielsen   Senior Judge, U.S. District Court
Printed name and title