PROB 12B
(7/93)

Report Date: April 30, 2012

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 01 2012

JAMES R LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jerome Williams   Case Number: 2:04CR00204-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 05/13/2005   Type of Supervision: Supervised Release

Original Offense: Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 08/11/2009

Original Sentence: Prison - 70 Months; TSR - 96 Months

Date Supervision Expires: 08/10/2017

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psycho tropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

On April 20, 2012, the offender submitted his monthly report form for March 2012. He indicated that on April 18, 2012, he was arrested by the Spokane Police Department (SPD) for "fighting." As a result, this officer requested a copy of the Spokane Police Department incident report, which was received on April 25, 2012.

The SPD report reflects that on April 18, 2012, an officer was dispatched to 1505 W. Northwest Boulevard in Spokane, Washington, in reference to an assault at Quick Lube. The victim contacted the officer and indicated that he was working at Quick Lube when Jerome Williams pulled up to the business. The victim went out to greet the customer and saw that it was Mr. Williams. The victim is currently dating the offender's ex-girlfriend. The victim and offender began to argue. The victim told Mr. Williams to leave the property. The offender drove over to the southwest corner of the parking lot and stopped there. The victim walked over to where the offender was parked and told him to leave, and that he was going to call the police. Mr. Williams became more aggressive toward the victim, so he started backing away. The victim subsequently called 911. Jerome Williams then hit the victim. The victim fell to the ground and the offender got on top of the victim and began to assault him.

An employee at Quick Lube pulled the offender off of the victim, and observed a small cut on his left cheek just below his left eye. A police sergeant responded and took pictures of the victim. The witness confirmed what occurred between the victim and offender. Additionally, the witness stated that the offender had pushed the victim

Williams, Jerome
April 30, 2012
Page 2

into his truck, and kicked the victim in the head causing injuries to his face.

Mr. Williams contacted 911 and advised the operator he was at his place of employment at Jiffy Lube, located at 7302 North Division in Spokane. He admitted to responding officers that he had gone to the Quick Lube business to "talk to a friend." He denied that any physical confrontation occurred. The officer observed Jerome Williams had bloody knuckles. When the officer asked about the condition of his knuckles, he informed the officer he fell on the ground. Mr. Williams stated that the victim kicked his door causing it to bend and dent the side front panel of his vehicle. Based on the witness and victim's statements, and the victim's injuries, the officer had developed probable cause to arrest the offender for city assault. Mr. Williams was issued a criminal citation for city assault (cause number 2Z0222923).

On April 25, 2012, the offender appeared in Spokane County Municipal Court. He appeared on his pending assault charge from March 19, 2012, under cause number N00023360, and the current assault charge contained in this report from April 18, 2012, under cause number 2Z0222923. The court ordered a $3,500 bond, under cause number 2Z0222923. New Spokane Municipal Court dates are scheduled in both matters for May 15, 2012.

On April 25, 2012, the offender was directed by this officer to report to the probation office upon the completion of his court dates in Spokane Municipal Court. On April 26, 2012, this officer confirmed with Spokane County Jail officials that the offender was released after posting a bond from the Spokane County Jail at 7:45 p.m. on April 25, 2012.

On April 26, 2012, this officer directed the offender to report to the probation office. The offender reported as instructed and agreed to sign a modification of his conditions, waiving his right to a hearing. He was informed by this officer that due to his increasing anger issues, pending assault charges, and losing his job at Heartland Automotive, that he needs the support and assistance from a mental health counselor to redirect his noncompliant behaviors. Mr. Williams was advised that if he is convicted under either cause number N00032260 or 2Z0222923 for assault charges in Spokane Municipal Court, this officer will be submitting a violation report to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/30/2012

s/Brenda J. Kuest
04/30/2012

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

5/1/12
Date