PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 04 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Jerome Williams                    Case Number: 2:04CR00204-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 13, 2005              Type of Supervision: Supervised Release

Original Offense: Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: August 11, 2009

Original Sentence: Prison - 70 Months
TSR - 96 Months

Date Supervision Expires: August 10, 2017

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

22  You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

23  You shall complete 50 hours of community service work, at the rate of not less than 25 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than January 1, 2014.

## CAUSE

On October 25, 2013, Mr. Williams was arrested for driving under the influence and for driving with a suspended license. During his conversation with the arresting officer, Mr. Williams stated that his passenger was in a gang. Having contact with gang members, committing new law violations, and consuming alcohol are all violations of Mr. Williams' term of supervised release.

Mr. Williams is being referred for an updated chemical dependency assessment. Jerome Williams completed treatment in November 2009, however, due to the offender's relapse, the undersigned officer feels that further treatment may be warranted. Mr. Williams will be expected to follow all treatment recommendations following his assessment.

The undersigned officer believes that Mr. Williams should also be ordered to complete community service hours due to his placing the community at risk while driving under the influence. Mr. Williams understands how his poor choices have impacted his term of supervised release and has indicated that he will make better decisions in the future.

Prob 12B
Re: Williams, Jerome
October 31, 2013
Page 2

Mr. Williams has voluntarily signed the attached waiver of hearing after being advised of his right to a hearing and assistance of counsel.

Respectfully submitted,

by  s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer
Date: October 31, 2013

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Nov 4 2013
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 04 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

22   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

23   You shall complete 50 hours of community service work, at the rate of not less than 25 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than January 1, 2014.

Witness: _____   Signed: _____
         Patrick J Dennis                        Jerome Williams
         U.S. Probation Officer                  Probationer or Supervised Releasee

10/31/13
Date