PROB 12C
(7/93)

Report Date:  March 26, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerome Williams          Case Number: 0980 2:04CR00204-WFN-1

Address of Offender: ██████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 13, 2005

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 70 months; TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: August 11, 2009 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: August 10, 2017 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: Jerome Williams was arrested for city assault on March 20, 2015, in violation of mandatory condition #2 of his supervised release.

According to the Spokane police report dated March 20, 2015, Mr. Williams approached the victim, and the group of Girl Scouts, in an attempt to retrieve his daughter from the group. The person in charge of the group, the victim, told the police officer that Mr. Williams approached the group yelling for his daughter to come with him.  She stated that she did not know Mr. Williams and stood up to stop him, as Mr. Williams' daughter voiced that she did not want to go with him because he appeared to be intoxicated.  The victim stayed in between Mr. Williams and his daughter and directed him to wait until police arrived.  The victim then stated that Mr. Williams became more agitated and grabbed the victim by the front of her shirt and shoved her to the side before gabbing the child by her arm and taking her away.

**Prob12C**
**Re: Williams, Jerome**
**March 26, 2015**
**Page 2**

The victim had a minor scratch on her chest, which was photographed by police. Mr. Williams was later located and taken into custody without incident.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    3/26/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

3/26/2015

Date