PROB 12C  
(7/93)

Report Date: April 26, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerome Williams    Case Number: 0980 2:04CR00204-WFN-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: May 13, 2005

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 70 months; TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: August 11, 2009 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 10, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Jerome Williams failed to notify his probation officer prior to a change in residence, in violation of standard condition # 6.

On April 20, 2015, the undersigned officer conducted an unannounced home visit at Mr. Williams' listed residence. The undersigned officer spoke at length with both of his ex-roommates and was told that Mr. Williams moved out of the residence a few days earlier. The undersigned officer observed that all of Mr. Williams' belongings were no longer in the room that he was previously renting. Mr. Williams failed to notify his probation officer of any change in address.

2    **Special Condition # 17**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

        **Supporting Evidence**: Mr. Williams admitted to consuming alcohol on or about April 22, 2016, in violation of special condition # 17.

        Mr. Williams was summoned to the U.S. Probation Office on April 22, 2016. The undersigned officer requested a urinalysis test and inquired as to whether it would be positive for alcohol. Mr. Williams admitted that it would be positive for alcohol. The defendant signed a drug use admission form indicating that he had consumed alcohol on or about April 22, 2016.

3        **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Williams admitted to consuming marijuana on or about April 22, 2016, in violation of special condition # 19.

        Mr. Williams was summoned to the U.S. Probation Office on April 22, 2016. The undersigned officer requested a urinalysis test and inquired as to whether it would be positive for any illicit drugs. Mr. Williams admitted that it would be positive for marijuana. The defendant signed a drug use admission form indicating that he had consumed marijuana on or about April 22, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4/26/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

4/27/16
Date